NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**RICKY KAMDEM-OUAFFO, trading as Kamdem Group,**
*Plaintiff-Appellant*

**v.**

**VINCENT LEBLON, of the Superior Court of New Jersey, TODD B. BUCK, TERRY D. JOHNSON, MARK A. KRIEGEL, ERIK ANDERSON, ALLISON A. KRILLA, REARDON ANDERSON, LLC, JOHN AND JANE DOES 1-10, ABC CORPORATIONS 1-10,**
*Defendants-Appellees*

———————————

2026-1381

———————————

Appeal from the United States District Court for the District of New Jersey in No. 3:15-cv-07481-GC-TJB, Judge Georgette Castner.

———————————

**ON MOTION**

———————————

Before LOURIE, CHEN, and STARK, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Ricky Kamdem-Ouaffo filed suit in the federal district court in New Jersey against attorneys and a state-court judge involved in his prior unsuccessful trade secret case. The United States Court of Appeals for the Third Circuit affirmed the district court's dismissal of his complaint and denial of his request to amend the complaint. He now appeals from the district court's subsequent denial of his motions for relief from the judgment and recusal. In response to this court's show cause order, appellees Todd B. Buck and Terry D. Johnson argue we lack jurisdiction, while Mr. Kamdem-Ouaffo argues in support of our jurisdiction.

Generally, this court only has jurisdiction over an appeal from a final district court decision in cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); and cases involving certain damages claims against the United States not exceeding $10,000 in amount, *id.* §§ 1295(a)(2), 1346(a)(2). Mr. Kamdem-Ouaffo has failed to show that this case falls within that limited review authority. We therefore transfer pursuant to 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

This matter and all case filings are transferred to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 30, 2026
Date